Attachment A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

*Toussaint Nkrumah
Kirkland*

AUG 15 2024

U.S. DISTRICT COURT- WVNI
MARTINSBURG, WV 25401

Your full name

**FEDERAL TORTS CLAIM ACT
COMPLAINT**

v.

UNITED STATES OF AMERICA

3:24-CV-105

Civil Action No.:_____
*(To be assigned by the Clerk of Court)*

Groh
Trumble
Sims

## I.    JURISDICTION

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Section 2671, et
seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

## II.    PLAINTIFF

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address
in the space provided.*

A.    Your full name: *Toussaint Nkrumah Kirkland* Inmate No.: *07912-007*
Address: *PO BOX 350 Beaver West Virginia
25813*

## III.    PLACE OF PRESENT CONFINEMENT

Name of
Prison/Institution: *Federal Correctional Institution (Beckley)*

A.    Is this where the events concerning your complaint took place?
☑ Yes    ☐ No

---

*United States District Court*          7          *Northern District of West Virginia-2013*

**Attachment A**

If you answered "NO," where did the events occur?

_____

_____

_____

## IV.    PREVIOUS LAWSUITS

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?    ☐ Yes    ☑ No

B.    If your answer is "YES", describe each lawsuit in the space below.  If there is more than one lawsuit, describe additional lawsuits using the same format on  a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.    Parties to this previous lawsuit:

Plaintiff(s): _____
Defendant(s): _____

_____

2.    Court: _____
        *(If federal court, name the district; if state court, name the county)*

3.    Case  Number: _____

4.    Basic Claim Made/Issues Raised: _____

_____

_____

_____

5.    Name of Judge(s) to whom case was assigned: _____

_____

6.    Disposition: _____
        *(For example, was the case dismissed?  Appealed?  Pending?)*

7.    Approximate date of filing lawsuit: _____

---

**Attachment A**

8.   Approximate date of disposition. Attach copies:_____

C.   Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
☑ Yes        ☐ No

D.   If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought. Administrative relief was seeked to full attempts to every Agency Regional Appeals, to DoJ Appeals with No Answers or tampered Confirmations from insid this prison (Beckley) Read Ex.6

E.   Did you exhaust **ALL** available administrative remedies?
☑ Yes        ☐ No

F.   If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted. I followed the whole B-P 8,9,10, 11, Process with No Responses after leaving this prison

G.   If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.   Parties to previous lawsuit:

Plaintiff(s):___Taussaint N. Kirkland___

Defendant(s):___Beckley Appalachain Hospital (Case Not Over Yet)___

---

2.  Name and location of court and case number: _Wot Done yet)_
_US States District Court 110 North
Heber St Suite Beckley West V 25801_

3.  Grounds for dismissal:     ☐ frivolous        ☐ malicious
    ☐ failure to state a claim upon which relief may be granted

4.  Approximate date of filing lawsuit: _7-15-24_

5.  Approximate date of disposition: _____

## V.  ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA

A.  Did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim, with the appropriate BOP Regional Office?
    ☑ Yes        ☐ No

B.  If your answer is "YES," answer the questions below:

1.  Identify the type of written claim you filed: _Claim for Injury, Damage or Death_

2.  Date your claim was filed: _2-11-24_

3.  Amount of monetary damages you requested in your claim:
    _1,000,000 $ US, 100% Medicare, Full Disability_

4.  If you received a written Acknowledgment of receipt of your claim from the BOP, state the:

    I.   Date of the written acknowledgment: _8-29-22_
    ii.  Claim Number assigned to your claim: _1131865-F1_

C.  If your claim involves individuals who are employed by government agencies **other than the BOP**, did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim with the appropriate government agencies?     ☑ Yes        ☐ No

**Attachment A**

D.    If your answer is "YES," answer the questions below:

    1.    Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim: Beckly Federal Institution staff employe Misconduct and Rehabilitation Placement

    2.    Identify the type of written claim(s) you filed: B- P S, 9, 10, 11

    3.    Date your claim(s) were filed: ___ 2 ___

    4.    Amount of monetary damages you requested in your claim(s): $1,000,000.

    5.    If you received a written Acknowledgment of receipt of your claim(s), state the:

        I.    Date of the written Acknowledgment: 9 - 9 - 22

        ii.    Claim Number assigned to your claim: 1131 8/65

E.    If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.
    ☐ Yes    ☑ No

    1.    If you answered "YES," state the:

        I.    Date you requested reconsideration: N/A

        ii.    Date the agency acknowledged receipt of your request for reconsideration: To have sent to you Im in A special unit at A Federal Institution without the proper Property

Attachment A

## VI.  STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case.  **You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining.  Describe exactly what each federal employee did.*** *Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* ***UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION.  NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.  (LR PL 3.4.4)***

CLAIM 1: _____

_____

_____

Supporting Facts: _____ See Exibit c _____

_____ See Exibit B _____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: Not Aware of who At that time I was in very bad Health and dying to See or Realize anything

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☐ Yes    ☑ No

If your answer is "YES," please explain: Because I had to Bog for more than 2-3 days to be Seen After the Incident and I was still MisD-anored

CLAIM 2: _____ See Exibit c _____

_____ See Exibit B _____

---

*United States District Court*        12        *Northern District of West Virginia-2013*

Attachment A

Supporting Facts: _____

_____

_____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?      ☑ Yes      ☐ No

If your answer is "YES," please explain: Officer Medical Expert LAw addressed the issue and Properly Sent me to be seen after 2-3 other officer Denied My Emergeny Attemps

CLAIM 3: _____ see Exibit c _____

Supporting Facts: _____

_____

_____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: Ms Fox Health Administrator

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?      ☐ Yes      ☑ No

**Attachment A**

If your answer is "YES," please explain: _____
_____
_____
_____

CLAIM 4: _____
_____
_____

Supporting Facts: _____
_____
_____
_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
_____
_____
_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    □ Yes    □ No

If your answer is "YES," please explain: _____
_____
_____
_____
_____

CLAIM 5: _____
_____
_____

Supporting Facts: _____
_____
_____

```
Sales Invoice   ---S.B.U.---
Beckley FCI
MAIN
Account No. 07912007          TF39007
KIRKLAND, TOUSSAINT
08/07/2024 08:00:10 AM TX#9111461      31
---------------------------------------------
BEGINNING BALANCES:
Available Balance is $30.11
Spending Limit Balance is $180.00
Account Balance is $60.11
=============================================
Qty   Description                    Price
=============================================
 1 HYDROCORTISONE CR              $1.80
 1 HONEY LEMON COUGH              $1.95
 1 CLASP ENVELOPES 9              $0.25

              Total              $4.00

Charge 07912007      $4.00
---------------------------------------------
Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $26.11
Spending Limit Balance is $179.75
Account Balance is $56.11
********************************************
PIN is 7327
********************************************
---------------------------------------------

Signature------------------------------------

ALL SALES ARE FINAL!  CHECK ITEMS BEFORE
LEAVING
```

Attachment A

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?      ☐ Yes      ☐ No

If your answer is "YES," please explain: _____

_____

_____

_____

_____

## VII.  INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages. I still cant use the Rest Room on My own to do #2 Im still weak and unstable on My Right side of My Body and Knumb on My left Its still Difficult for Me to understand, chow, or Focus

## VIII.  RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.* order This facility Beckley to turn over My Medical Records to this court, Appoint Me an Attorney give Me More time to Develope More Facts Due to My circomstances of being In A corrupted Institution and order the B.O.P to compensate I Toussaint N. Kirklad with 100% Disability and $1,000,000 to live after Injuries All court Fees Attorney Fees Dollars

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___Beckley F. CT___ on ___8-9-24___.
(Location)                               (Date)

_____
Your Signature